# IN THE SUPREME COURT OF THE STATE OF NEVADA

RENARD TRUMAN POLK,
                   Appellant,
          vs.
RENEE BAKER; JOSEPH BURIN;
DEBORAH STIPLIN; MICHAEL
BYRNE; SANDY ROSE; JAMES COX;
ROBERT LEGRAND, WARDEN; TARA
CARPENTER; ROBERT SCHOFIELD;
TONY CORDA; JACK PALMER; AND
DANIEL SCHWARTZ,
                   Respondents.

No. 70670

FILED

SEP 1 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

On June 22, 2016, appellant file a notice of appeal. No appealable order was designated in the notice of appeal. To the extent appellant appeals from the March 8, 2016, order, no statute or court rule permits an appeal from an order to respond. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.          _____ J.
Douglas                                  Gibbons

16-28212

cc: Hon. Steve L. Dobrescu, District Judge
    Renard Truman Polk
    Attorney General/Carson City
    White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A